UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT BLAIR,<br><br>    Plaintiff,<br><br>v.<br><br>DEVRY INC. and ROSS UNIVERSITY SCHOOL OF MEDICINE; DOES I-XX, inclusive,<br><br>    Defendants. | Case No.: 1:12-cv-02637<br><br>Hon. Virginia Kendall |

## DEFENDANTS' NOTICE OF AFFILIATES

Defendants, DeVry Inc. and its subsidiary, Ross University School of Medicine School of Veterinary Medicine Ltd. ("RUSM," incorrectly sued as "Ross University School of Medicine"), submit this Notice of Affiliates pursuant to Local Rule 3.2.

RUSM is a wholly owned subsidiary of DeVry Inc., a Delaware corporation. DeVry Inc. is a publicly held company whose shares are traded on the New York Stock Exchange. DeVry Inc. has the following affiliates:

- Baron Capital Management, Inc.
- Wellington Management Company, LLP
- Vanguard Group, Inc.

Dated: Chicago, Illinois
       June 1, 2012

        Respectfully submitted,

        /s/ R. Ryan Stoll
        R. Ryan Stoll
        SKADDEN, ARPS, SLATE,
         MEAGHER & FLOM LLP
        155 North Wacker Drive, Suite 2700
        Chicago, IL 60606
        Telephone: (312) 407-0700
        Facsimile: (312) 407-8533
        Ryan.Stoll@skadden.com

        Attorney for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above Notice of Affiliates was served upon the following counsel on June 1, 2012, via the Court's CM/ECF system:

    Jason Jeffrey Bach
    jbach@bachlawfirm.com


Dated: June 1, 2012

                                    /s/ R. Ryan Stoll
                                    R. Ryan Stoll

                                    Attorney for Defendants