**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROBERT BLAIR, )<br>      Plaintiff, )<br>    )<br>v. )<br>    )<br>DEVRY INC. and ROSS UNIVERSITY )<br>SCHOOL OF MEDICINE; DOES I-XX, )<br>inclusive, )<br>    )<br>      Defendants. )<br>_____ | Case No.: 1:12-cv-02637<br><br>Hon. Virginia Kendall |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants, DeVry Inc. and its subsidiary, Ross University School of Medicine School of Veterinary Medicine Ltd. (incorrectly sued as "Ross University School of Medicine"), respectfully move this Court to dismiss the Complaint in the above-captioned matter pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and 28 U.S.C. 1367(c)(3). In support of this motion, Defendants submit the attached memorandum.

Dated: Chicago, Illinois
       June 1, 2012

Respectfully submitted,

/s/ R. Ryan Stoll
R. Ryan Stoll
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-8533
Ryan.Stoll@skadden.com

Attorney for Defendants

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above Motion to Dismiss was served upon the following counsel on June 1, 2012, via the Court's CM/ECF system:

Jason Jeffrey Bach
jbach@bachlawfirm.com


Dated: June 1, 2012

                                         /s/ R. Ryan Stoll
                                         R. Ryan Stoll

                                         Attorney for Defendants