**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT BLAIR, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: 1:12-cv-02637 |
| DEVRY INC. and ROSS UNIVERSITY | ) | |
| SCHOOL OF MEDICINE; DOES I-XX, | ) | Hon. Virginia Kendall |
| inclusive, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

_____

## NOTICE OF MOTION

TO: All Counsel on the Attached Service List

      PLEASE TAKE NOTICE that on Thursday, June 7, 2010, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall or any judge sitting in her stead in Courtroom 2319, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendants' Motion to Dismiss, a copy of which has been filed and served concurrently with this Notice.

Dated: Chicago, Illinois
        June 1, 2012

Respectfully submitted,

/s/ R. Ryan Stoll
R. Ryan Stoll
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-8533
Ryan.Stoll@skadden.com

Attorney for Defendants

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above Notice of Motion was served upon the following counsel on June 1, 2012, via the Court's CM/ECF system:

    Jason Jeffrey Bach
    jbach@bachlawfirm.com


Dated:  June 1, 2012

                                      /s/ R. Ryan Stoll
                                      R. Ryan Stoll

                                      Attorney for Defendants