UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Robert Blair
          Plaintiff,

v.                                    Case No.: 1:12−cv−02637
                                      Honorable Virginia M. Kendall

Devry, Inc., et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 6, 2012:

    MINUTE entry before Honorable Virginia M. Kendall:Defendant's motion to dismiss[5] is entered and briefed as follows: Responses due by 6/21/2012. Replies due by 6/28/2012. Ruling will be made by mail. Motion hearing set for 6/7/2012 on this motion is stricken.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.