## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 1:12-cv-2637

Robert Blair
v.
Devry Inc. and Ross University School of Medicine

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert Blair

| | |
|---|---|
| **NAME (Type or print)**<br>Uma Bansal | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br> s/ Uma Bansal | |
| **FIRM**<br>The Blake Horwitz Law Firm | |
| **STREET ADDRESS**<br>39 South LaSalle St., Suite 1515 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6288999 | **TELEPHONE NUMBER**<br>312-676-2100 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐