UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT BLAIR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEVRY INC. and ROSS UNIVERSITY ) <br> SCHOOL OF MEDICINE; DOES I-XX, ) <br> inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:12-cv-02637 <br><br> Hon. Virginia Kendall |

**STIPULATION OF DISMISSAL**

Plaintiff, Robert Blair, and Defendants, DeVry Inc. and Ross University School of Medicine School of Veterinary Medicine Ltd., hereby enter and agree to the following stipulation of dismissal of the above-captioned action:

1. Plaintiff filed a six count complaint asserting two federal causes of action — (1) a claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961-1968 (Count One, Cmplt. ¶¶ 57-80) and (2) a claim under the Higher Education Act ("HEA"), 20 U.S.C. §§ 1092, 1094 (Count Two, Cmplt. ¶¶ 81-86) — and four state law causes of action, sounding in (1) breach of contract (Count Three, Cmplt. ¶¶ 87-91), (2) negligence/negligent hiring, training and supervision (Count Four, Cmplt. ¶¶ 92-97); (3) intentional and negligent infliction of severe mental distress (Count Five, Cmplt. ¶¶ 98-103); and (4) injunctive and declaratory relief (Count Six, Cmplt. ¶¶ 104-110).

2. On June 1, 2012, Defendants filed a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendants also sent Plaintiff's counsel a letter advising that it was Defendants' position that the federal claims alleged in the Complaint were not warranted by existing law and that continued prosecution of such claims would be subject to Federal Rule of Civil Procedure 11.

3. Plaintiff hereby stipulates and agrees to the dismissal of this action *with prejudice* as to the federal claims alleged in Counts One ("RICO") and Two ("HEA"), and *without prejudice* as to the state law claims alleged in Counts Three through Six.

4. Both parties shall bear their own costs and fees in this action.

SO STIPULATED

Dated: Chicago, Illinois
       June 18, 2012

| | |
|---|---|
| /s/ Jason J. Bach | /s/ R. Ryan Stoll |
| Jason J. Bach | R. Ryan Stoll |
| THE BACH LAW GROUP, PLLC | SKADDEN, ARPS, SLATE, |
| 2802 Flintrock Trace, Suite 255 |   MEAGHER & FLOM LLP |
| Austin, TX 78738 | 155 North Wacker Drive, Suite 2700 |
| Telephone: (312) 460-5603 | Chicago, IL 60606 |
| jbach@bachlawfirm.com | Telephone: (312) 407-0700 |
| | Facsimile: (312) 407-8533 |
| Uma Bansal | Ryan.Stoll@skadden.com |
| THE BLAKE HORWITZ LAW FIRM | |
| 39 South LaSalle Street, Suite 1515 | Attorney for Defendants |
| Chicago, IL 60603 | |
| Telephone: (312) 676-2100 | |
| ubansal@bhlfattorneys.com | |

Blake Wolfe Horwitz
THE BLAKE HORWITZ LAW FIRM
39 South LaSalle Street, Suite 1515
Chicago, IL 60603
Telephone: (312) 676-2100
Facsimile: (312) 372-7076
bhorwitz@hrbattorneys.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above Stipulation of Dismissal was served upon the following counsel on June 18, 2012, via the Court's CM/ECF system:

Jason J. Bach
jbach@bachlawfirm.com

Uma Bansal
ubansal@bhlfattorneys.com

Blake Wolfe Horwitz
bhorwitz@hrbattorneys.com

Dated: June 18, 2012

                                        /s/ R. Ryan Stoll
                                        R. Ryan Stoll

                                        Attorney for Defendants