# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Robert Blair

                    Plaintiff,

v.                                             Case No.: 1:12–cv–02637
                                            Honorable Virginia M. Kendall

Devry, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 19, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:Pursuant to stipulation, plaintiff hereby stipulates and agrees to the dismissal of this action with prejudice as to the federal claims alleged in Counts One and Two and without prejudice as to the state law claims alleged in Counts Three through Six. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.